FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 0 2 2025

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____EASTERN_____ DIVISION

CASE NO. 4:25-cv-00546-BSM-ERE

Jury Trial: ☒ Yes ☐ No
(Check One)

I.  Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.  Name of plaintiff: David Thomas
ADC # 144052

Address: P.O. Box 600 Grady, AR. 71644

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge  Miller
and to Magistrate Judge  Ervin

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.  Name of defendant: Diamond Jones

Position: N/A

Place of employment: N/A

Address: 800 N. Beach St. North Little Rock, AR.

Name of defendant: TaShayla Dunlap

Position: Sergeant

-4-

Place of employment: ADC - Varner Supermax

Address: P.O. Box 600 Grady, AR. 71644

Name of defendant: Latrell White

Position: Sergeant

Place of employment: ADC - Varner Supermax

Address: P.O. Box 600 Grady, AR. 71644

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✗

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐  Court (if federal court, name the district; if state court, name the county):

_____

☐  Docket Number: _____

☐  Name of judge to whom case was assigned: _____

☐  Disposition: (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

☐  Approximate date of filing lawsuit: _____

☐  Approximate date of disposition: _____

IV.   Place of present confinement: *ADC - Varner Supermax Cellblock 3-09 cell*

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__X__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
       explain: _____

_____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

   A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?
        Yes __✓__   No _____

   B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes _X_   No ___

If not, why? _____

_____

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1.) On or about 2-19-2025 at approx. 4:20PM Sgt. White came by my cell stating that he's gonna fuck (have sex) with my Baby Mama and he's seen that I'm in Prison for Rape Charges and I'm on the run. The Statement was heard by Inmates in the ISO.1 area and as a result I'm now receiving threats to my Life and told that if I'm released back to General Population at Varner Unit I'll be dealt with. It's common knowledge that Sex offenders are preyed upon and have a hard time coming in Prison yet due to the above false allegations I am now in "IMMINENT DANGER" of Physical harm. Attached is my (Time Card) w/ all Crimes on it to reflect NO Such Charge and the Defendants have Slandered my name and committed a (Defamation of Character)

and has acted outside the ADC motto of "Honor/Integrity in Public Service work." The Defendants have violated AR 225 Employee Conduct Standards in regards to "Spreading Lies, Misinformation and Putting Lies on the Internet Social Media Sites and as well as Google, News, Newspapers, etc.

The Defendants are aware that they are to maintain a sense of professionalism at all times and never exhibit discourteous behavior or conduct while at work.

2.) I've written multiple grievances about issues to D/W Griffin but no avail. The 1st one basically states: "Ms. Griffin I done wrote you many of times about my property coming up missing and this not my fault or 1st time this the 3rd time my personal property like: family pictures, hygiene, books, shoes, talkouts, etc. Sgt. Dunlap gave everyone they property but be which she clearly acted deliberately indifferent towards me in doing so. The other day I got into it with some guys where she's from in Pine Bluff and they go by the name "Murder Mob." Not only is they where she from upon information and belief supplied to me by various inmates on Pipe Chase. I'm not trying to beef or get into it w/ your staff I just want to do my time and go home to my family and kids. I'm not trying to disrespect her or anybody on your staff team but when I went about this matter by policy she went from cell-to-cell labeling me as a "snitch" saying

(8)

In the face of such claims the inmates of "murder mob" that some boys beat my ass and I can't fight and I better not eat my "state food trays" because she's gonna put something in them which is a COMMON practice here at VSM with staff contaminating inmates trays whom they beef/argue with. I fear for my life and would like to get shipped."

3.) The 2nd grievance states: "On or about 2-19-2025 at approx. 2:12PM Sgt. Dunlap pulled up on me as I came back from sick call w/ Sgt. Thomas and a Woe Squad officer bring me back to my cell. I was in handcuff/leg restraints when Sgt. Dunlap pulled up saying she was going to hit me in my mouth with her handcuffs because I wrote a grievance on her. She then got to calling me names calling me a (Bitch ass Nigga) and she went from cell-to-cell saying she'd beat my ass like a Nigga and that I'm a SNITCH ass Nigga. At approx. 2:30PM Sgt Dunlap came back to my door saying that she showed everyone on the tier that I was on the run for a RAPE charge and was on the news and in the newspaper. She also stated to the girls who jumped me in population on 1-28-2025 thats currently housed in same ISO. with me that if they don't beat my ass when they see me they some Bitch ass Niggas. In Prison Life you can't be known as a: "Snitch, Sex-offender or a Bitchass Nigga" You MUST fight to defend your reputation and these defendants are very aware of that and they deliberately placed my Life in (IMMINENT DANGER).

(6)

I'm tryins to so by Policy so can you Please remove said inmat away from me so I'm NOT forced to defend myself. If you go back and look at said (video footage) on said dates and times you will see this officers misconduct." My grievances have not been taken seriously and I fear for my life as a result of defendants actions and said threats by inmates.

4.) Defendant Diamond Jones and I had a sexual relationship and she failed to disclose it to me that she was in a relationship with another person until that person found out about it and he physically assaulted her then she called the police station & had said he raped her and I broke into her apartment. This incident is where Defendants Dunlap and White got the rape story from due to the press coverage received yet Judge Leon Johnson (Circuit Court) had the charge "Nolle Prossed." The Google website, etc. has NOT erased such damaging info. on me and as a result I am further defamed, humiliated and lied on for an incident which was completely fictitious. I hereby implore the court to enter an order directing Google to remove such harmful info. from platform and Defendants refrain from making defamatory

(10)

Statements about me which has placed my life in (Imminent Danger) as a result of their actions.

(11)

VIII.   Relief

   State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

   $7,000 Jointly/Severally against Defendants in Punitive Damages,
   $7,000 Jointly/Severally against Defendants in Compensatory Damages,
   $5,000 in Nominal Damages against Defendants.


I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 10 day of MARCH, 20 25.

_David Hall_

Signature(s) of plaintiff(s)

(12)

## CERTIFICATE OF SERVICE

This is to certify that on this 10 day of March, 20 25, a copy of the foregoing motion was mailed to:

U.S. District Court
Clerks Office
600 W. Capitol Ave A-149
Little Rock, AR. 72201

_____
DEFENDANT, Pro Se
ADC # 144052

Attachment VI 00

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

| INMATE NAME: | Thomas, David | ADC #: | 144052 | GRIEVANCE#: | VSM25-00412 |

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION:**
On April 3, 2025, you stated the following complaint: "On 3-28-25 housed in CB309 she's made the same statements and threats towards me which paces my life in "imminent Danger" at 2:25 pm Sgt Dunlap pulled up on me as I came back from sick call as Sgt. Thomas and the other hoe squad bring me back to my cell. I was and hand cops because I wrote a grievance and then Sgt. Dunlap got to calling me and my name calling Bitchs niggas an that she going come in the cell beat my ass like a nigga and that I'm a snich ass nigga. Then around 2:30 pm Sgt Dunlap came back to my door saying that she showed everyone on the tier that I was on the ran for rape charge and was the new and the newpaper. Also stg Dunlap stated to the guy's that jumped on me on 01/28/25 that's back here with me in ISO-1 if they don't beat my ass when they see me again that they some Bitch ass niggas. I'm trying to go by the policy so can you please remove Sgt Dunlap of why from me because I fear for my life Also I'm trying to do the right thing and go home this the 3 time I done wrote she keep threaten me because of use of the Grievance process also can you please go back and look at video footage. There for Sgt. Dunlap absuren her emploryer conduct."

The Warden responded to your grievance on May 2, 2025, by stating the following: "Sgt. T. Dunlap denies your allegations that she made the statements in your grievance. The assignment of staff to posts/jobs is an administrative decision; it is not at the discretion of the inmate. You are appropriately assigned in a one man cell. Housing assignments are not made at the request of inmates. Because there is no evidence of a violation of policy or procedure, I find this issue without merit."

Your appeal was received on May 8, 2025. After review of your appeal and supporting documentation, I must concur with the Warden's decision. Sgt. Dunlap has denied your allegations. You have not provided any evidence to support your allegations. Your appeal is without merit.

Appeal Denied


DIRECTOR

*[signature]* 5-14-25

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

5/2/25, 3:43 PM　　Case 4:25-cv-00546-BSM-ERE　　IGT410 - Grievance Warden Response I/p　　Page 12 of 17
Document 2　Filed 06/02/25

Attachment III
00

# WARDEN'S/CENTER SUPERVISOR'S DECISION

| | | | | | | |
|---|---|---|---|---|---|---|
| **INMATE NAME:** | Thomas, David | **ADC #:** | 144052E | **GRIEVANCE #:** | VSM25-00412 |

**WARDEN/CENTER SUPERVISOR'S DECISION:**
In your grievance you stated, "On 3-28-25 housed in CB309 she's made the same statements and threats towards me which paces my life in "imminent Danger" at 2:25 pm Sgt Dunlap pulled up on me as I came back from sick call as Sgt. Thomas and the other hoe squad bring me back to my cell. I was and hand cops because I wrote a grievance and then Sgt. Dunlap got to calling me and my name calling Bitchs niggas an that she going come in the cell beat my ass like a nigga and that I'm a snich ass nigga. Then around 2:30 pm Sgt Dunlap came back to my door saying that she showed everyone on the tier that I was on the ran for rape charge and was the new and the newpaper. Also stg Dunlap stated to the guy's that jumped on me on 01/28/25 that's back here with me in ISO-1 if they don't beat my ass when they see me again that they some Bitch ass niggas. I'm trying to go by the policy so can you please remove Sgt Dunlap of why from me because I fear for my life Also I'm trying to do the right thing and go home this the 3 time I done wrote she keep threaten me because of use of the Grievance process also can you please go back and look at video footage. There for Sgt. Dunlap absuren her emploryer conduct."

Sgt. T. Dunlap denies your allegations that she made the statements in your grievance. The assignment of staff to posts/jobs is an administrative decision; it is not at the discretion of the inmate. You are appropriately assigned in a one man cell. Housing assignments are not made at the request of inmates. Because there is no evidence of a violation of policy or procedure, I find this issue without merit.

SIGNATURE OF WARDEN/SUPERVISOR OR DESIGNEE

_[signature]_　5/2/25　_[signature]_

Date　Title

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? I Inmate D. Thomas #144052 Disagree with the Above Response Because Sgt T. Dunlap Did make those statements and Threats towards me. I also have witnesses statements that Sgt T. Dunlap made the statements and Threats you can also go Back and look at the video footage. Sgt T. Dunlap also Absured her emploryer conduct.

**RECEIVED**
MAY 0 8 2025

INMATE GRIEVANCES SUPERVISOR
ADMINSTRATION BUILDING

INMATE SIGNATURE

David Thomas #144052

5/5/25
Date

If appealing, please submit both the Unit Level Grievance Form (Attachment I) and the Warden's Decision (Attachment III)

RECEIVED

MAY 0 8 2025

INMATE GRIEVANCES SUPERVISOR
ADMINSTRATION BUILDING

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center: Varner Unit
Name: David Thomas   # 144052
ADC#: 144052   Brks #: CB309   Job Assignment: VSM

FOR OFFICE USE ONLY
GRV: V8M25-0042
Date Received: 4.10.25
GRV. Code #: 802

4/3/25 (Date) STEP ONE: Informal Resolution

4/5/25 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: This issue was not resolved. I also have witnesses statements

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On 3-28-25 housed In 309 she's made the same statements and Threats towards me which places my life In "Imminent Danger" At 2:25pm Sgt Dunlap pulled up on me as I came Back from sick call as Sgt Thomas and the other Hoe Squad Bring me back to my cell. I was cuff Hand cuffs Because I wrote A Grievance And Then Sgt Dunlap got to calling me out my name Calling Bitch's niggas An that she going come In the cell and Beat my ass like a nigga And that I'm A snitch ass nigga. Then around 2:30pm Sgt Dunlap came Back to my door saying that she showed everyone on the tier that I was on the run for Rape Charge And was the new and the newspaper. Also Sgt Dunlap stated to the Guys that Jumped on me on 01/28/25 that's Back here with me in Iso-1 If they don't Beat my ass when they See me again that they some Bitch ass niggas. I'm trying to go by the Policy so can you please remove Sgt Dunlap off duty from me Because I Fear for my life Also I'm trying to do the right Thing And go home this the 3 time I done wrote She Keep Threaten me Because of use of the Grievance process Also can you please Go Back and look At video footage. There for Sgt Dunlap Absurd her employer Conduct.

David Thomas #144052                 4/3/25
Inmate Signature                      Date

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 4/3/25 (date), and determined to be **Step One** and/or an Emergency Grievance N (Yes or No). This form was forwarded to medical or mental health? N (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

Sgt. V. Aines    65874    Sgt V. [sig]           4/3/25
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: W/Sgt T. Dunlap Made not used any negative statement toward Inmate David Thomas #144512.

RECEIVED MAY 0 8 2025

Dunlap [sig]                              David Thomas #144052
Staff Signature & Date Returned           Inmate Signature & Date Received 4/5/25
INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

This form was received on 4-05-25 (date), pursuant to Step Two. Is it an Emergency? No (Yes or No).
Staff Who Received Step Two Grievance: Sgt Young       Date: 4-05-25
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

APR 1 0 2025
VARNER UNIT GRIEVANCE

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15                                                    www.acicatalog.com

STATE OF ARKANSAS )
)§
COUNTY OF Linkoln )

## AFFIDAVIT

I, Charles George #176587, after first being duly sworn, do hereby swear, depose and state that: When I was In the Cell with Inmate David Thomas Sergeant Latrell White And Sergeant Tashayla Dunlap stated that he had A Rape charge and that they Seen him on Google, News, Newspaper and as well social Media. Also Sergeant Tashayla Made alot of threats towards Inmate Thomas how she would get people to do things to him or what she would Do too him. Sergeant Tashayla Dunlap made these statements also she stated that Thomas was A Snitch for written her up. these statements where made out Loud In ISO1 In front of many Inmates. Sergeant Latrell White come back the next Day makes a statement as he walked by the cell tells Inmate Thomas that he was gonna fuck his babymama and kiw one fuck with Rapes when He told Him that he was gonna write him up.

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

__3/14/2025__  __Charles George__
DATE           AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 19th day of MARCH, 20 25.

__LeQuista Swopes__
NOTARY PUBLIC

My Commission Expires: April 13, 2030

LEQUISTA SWOPES
NOTARY PUBLIC - STATE OF ARKANSAS
DESHA COUNTY
COMM. #12715274 EXP. APRIL 13, 2030

STATE OF ARKANSAS )
                  )§
COUNTY OF LINCOLN )

### AFFIDAVIT

I, Steven Cody Obama #14960, after first being duly sworn, do hereby swear, depose and state that: I heard Sgt. T. Dunlap instigate and arouse other inmates to harass and called him snitches for allegedly telling D/W Griffin about some "murdermob" guys from her town of Pine Bluff who would assault him once or if he's released to general population.

I hereby self notarize that under the penalty of perjury that the above is true and accurate to best of my ability.

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

3-27-2025
DATE

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this ____ day of _____, 20____.

_____
NOTARY PUBLIC

My Commission Expires: _____

David Thomas #144052
Varner Super MAX
P.O. Box 600
Grady, AR 71648-0000

ADC
VARNER
UNIT



Pro SE law Clerk
600 West Capital Suite 402
Little Rock, AR 72201-3325

7220183317 C041

---

David Thomas #144052
Varner Super MAX
P.O. Box 600
Grady, AR 71648-0000



PRO SE law Clerk
600 West Capital Suite 402
Little Rock, AR 72201-3325