# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DAVID THOMAS**  **PLAINTIFF**
*ADC #144052*

v.                    CASE NO. 4:25-CV-00546-BSM

**DIAMOND JONES,** *et al.*                    **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Edie R. Ervin's partial recommended disposition [Doc. No. 7] is adopted; David Thomas's official capacity claims for money damages are dismissed without prejudice based on his failure to state a plausible constitutional claim for relief; Thomas's claims that Latrell White violated Arkansas Division of Correction policy and procedure, that Tashayla Dunlap confiscated and failed to return his personal property, that Dunlap verbally threatened him, and that White and Dunlap defamed him are dismissed without prejudice for failure to state a plausible constitutional claim for relief; Thomas's claims against Diamond Jones are dismissed without prejudice for failure to state a plausible constitutional claim for relief; the clerk is instructed to terminate Jones as a party and to update the case style to *Thomas v. Dunlap et al.*; and Thomas's request for relief regarding the removal of information from the internet is stricken.

IT IS SO ORDERED this 22nd day of July, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE