# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DAVID THOMAS**                                                                                 **PLAINTIFF**
ADC #144052

v.                             **CASE NO. 4:25-CV-00546-BSM-ERE**

**TASHAYLA DUNLAP**, *et al.*                                                              **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Edie Ervin's partial recommended disposition [Doc. No. 25] is adopted; Defendants' motion for summary judgment [Doc. No. 19] is granted in part and denied in part. Thomas's deliberate indifference claims relating to the February 19, 2025, events are dismissed without prejudice. The clerk is instructed to terminate defendant Latrell White as a party and update the case name to *Thomas v. Dunlap*.

IT IS SO ORDERED this 7th day of January, 2026.

*[signature]*
UNITED STATES DISTRICT JUDGE