**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DAVID THOMAS** **PLAINTIFF**
**ADC #144052**

**v.** **CASE NO. 4:25-CV-00546-BSM-ERE**

**TASHAYLA DUNLAP** **DEFENDANT**

# ORDER

After *de novo* review of the record, United States Magistrate Judge Edie Ervin's partial recommended disposition [Doc. No. 44] is adopted and/or rejected as follows. Tashayla Dunlap's request for Rule 11 sanctions [Doc. No. 35] is denied and summary judgment is granted on all of David Thomas's claims except for his deliberate indifference claim based on his assertion that Dunlap told other inmates he had a rape charge. Thomas may not proceed on a retaliation claim because adding this claim would prejudice Dunlap.

IT IS SO ORDERED this 29th day of September, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE